UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Geico., et al.

                              Plaintiffs,    Civil Action No. 1:17-cv-7572

        - against-

Villano., et al.,                           <u>Notice of Appearance</u>

                              Defendants.

---

Please take notice Defendant Gill Castro, appears in this action by the undersigned attorney and request the Clerk to note this appearance in this case and to serve all notices and other papers in this action at 129 Livingston St., 2nd Fl, Brooklyn, New York 11201.

Dated: Brooklyn, NY

March 2, 2018                                                   By: Gary Tsirelman, Esq.

                                                            /s/_____
                                                           Gary Tsirelman, P.C.
                                                           *Attorneys for Defendant Named Herein*
                                                           129 Livingston Street
                                                           2nd and 3rd Floors
                                                           Brooklyn, NY 11201
                                                           (718)438-1200