UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GEICO Insurance Company., et al.,

                      Plaintiffs,    Civil Action No. 1:17 cv-7572

       - against-

Villano, et al.,                       **Notice of Appearance**

Defendants.

---

Please take notice Defendant Gill Castro appears in this action by the undersigned attorney and requests the Clerk to note this appearance in this case and to serve all notices and other papers in this action at 129 Livingston St., 2nd Fl, Brooklyn, New York 11201.

Dated:  Brooklyn, NY

April 16, 2018                                      By:  Nicholas Bowers, Esq.

                                                                   ____/s/_____
                                                                   Gary Tsirelman, P.C.
                                                                   *Attorneys for Defendants*
                                                                   *Named Herein*
                                                                   129 Livingston Street
                                                                   2nd and 3rd Floors
                                                                   Brooklyn, NY  11201
                                                                   (718)438-1200